UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONOR NETWORK WEST,<br><br>                          Plaintiff,<br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;<br><br>STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services;<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES,<br>                          Defendants. | Case No. 3:25-cv-00140-ART-CSD<br><br>ORDER ON MOTION TO SET SCHEDULE ABBREVATED BRIEFING SCHEDULE<br><br>(ECF No. 13) |

      Plaintiff Donor Network West has moved to set and shorten the briefing schedule on its Motion for a Preliminary Injunction (ECF No. 15) filed on March 10, 2025.

      Having considered the motion, and finding good cause shown, the motion is hereby GRANTED IN PART. The Court grants the motion but provides the Government one more day for their response than the motion requested.

      The Court orders that Defendants' response to Plaintiff's motion for preliminary relief be filed on or before Friday, March 21, 2025.

      It further orders that Plaintiff file its Reply to Defendants' response is due on or before Monday, March 24, 2025.

//

//

1

It further orders that if Defendants' Counsel has not entered an appearance by the time this order is published that Plaintiff immediately provide notice of the proposed briefing schedule to Defendants' Counsel.

DATED THIS 14th day of March, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE