UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DONOR NETWORK WEST,<br><br>       Plaintiff,<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>       Defendants.<br>   vs.<br><br>RENOWN HEALTH,<br><br>       Intervenor. | Case No.: 3:25-cv-00140-ART-CSD<br><br>**ORDER GRANTING**<br><br>**JOINT UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

   Pursuant to Local Rule IA 6-1, Federal Defendants, Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services; Dr. Mehmet Oz, in his official capacity of Administrator of the Centers for Medicare & Medicaid Services; the United States Department of Health and Human Services; and the Centers for Medicare & Medicaid Services ("Federal Defendants"); together with Intervenor Renown Health ("Renown"); hereby stipulate, agree, and

respectfully request that the Court extend the deadline for Federal Defendants and Intervenor to file their Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 57) by two weeks.. Those filings are currently due Monday, August 25, 2025. Federal Defendants and Renown respectfully request that this deadline be extended to Monday, September 8, 2025. This is the Federal Defendants' and Renown's first request to extend this deadline. Donor Network West filed its motion for summary judgment on June 26, 2025. Federal Defendants and Renown consulted with counsel for Donor Network West, and Donor Network West has indicated that they consent to this requested extension.

This request for an extension is made in good faith, jointly by the Federal Defendants and Renown, and not for the purposes of delay. Good cause exists for such an extension. Federal Defendants' counsel has had limited time to draft their combined cross-motion and opposition to Donor Network West's motion for summary judgment due to multiple deadlines in other cases between June 26, 2025, when Donor Network West filed its motion, and today. He therefore requests additional time to fully address the issues presented in this lawsuit in a way that will aide this Court in considering the parties' arguments and ruling on their cross-motions.

Renown, which is an intervenor in this action, wishes to remain on the same briefing schedule as the Federal Defendants and believes that it better serves judicial economy and efficiency to maintain that schedule, so Renown joins in the Federal Defendants' request. Counsel for Renown also have a number of time-sensitive competing matters that have arisen and also require additional time to fully respond to Plaintiff's Motion for Summary Judgment.

///

///

///

For these reasons, Federal Defendants and Renown respectfully request a two-week extension of the deadline to file their respective Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted this 22nd day of August, 2025

        SIGAL CHATTAH
        Acting United States Attorney

        */s/ Garrett F. Mannchen*
        GARRETT F. MANNCHEN
        Special Assistant United States Attorney

        **McDONALD CARANO LLP**

        By: */s/ Adam Hosmer-Henner*
        Adam Hosmer-Henner (NSBN 12779)
        Jane Susskind (NSBN 15099)
        Katrina Weil (NSBN 16152)

        **IT IS SO ORDERED**.

        _____
        Anne R. Traum
        United States District Judge

        DATED: August 22, 2025