# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONOR NETWORK WEST,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>    *Defendants*.<br><br>RENOWN HEALTH,<br><br>    *Intervenor*. | Case No. 3:25-cv-00140<br><br>**ORDER GRANTING ECF No. 65**<br><br>**PLAINTIFF'S UNOPPOSED REQUEST TO CLARIFY BRIEFING SCHEDULE** |

On August 22, 2025, Defendants and Intervenor filed an unopposed request for an extension of two weeks to file their combined cross-motions for summary judgment and oppositions to Donor Network West's motion for summary judgment, changing their due date from August 25, 2025, to September 8, 2025. In requesting that extension, the motion did not clarify the parties' collective intent to reset the briefing schedule and extend all existing deadlines by two weeks.

Under the agreed-upon schedule, with the requested two-week extension, the following deadlines would apply:

| | Original schedule | Extended schedule |
|---|---|---|
| Plaintiff will file a combined reply in support of its motion and opposition to defendants' and intervenor's cross-motions, not to exceed 20 pages. | September 24, 2025 | October 8, 2025 |
| The parties will file a joint appendix containing record materials cited in their respective briefs. | October 1, 2025 | October 15, 2025 |

Donor Network West therefore respectfully requests that the Court clarify that Donor Network West's reply is due on or before October 8, 2025, in keeping with the parties' agreed briefing schedule. In addition, Donor Network West requests that the Court clarify that the deadline for submitting the joint appendix is October 15, 2025.

The Government Defendants and Intervenor Renown Health do not oppose this request for clarification of the parties' agreed-upon briefing schedule.

## ORDER

It is ordered that Plaintiff shall file a combined reply in support of its motion and opposition to defendants' and intervenor's cross-motions, not to exceed 20 pages no later than October 8, 2025.

It is further ordered that the parties shall file a joint appendix containing record materials cited in their respective briefs no later than October 15, 2025.

_____
Anne R. Traum, United States District Judge

DATED: September 12, 2025